| PROB 22<br>Rev.2/88 | **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Tran.Ct)<br>03-20573-CR-MARTINEZ |
|---|---|---|
| | | DOCKET NUMBER(Rec.Ct) |

**07 CRIM 1032**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Belgicia Pichardo | DISTRICT<br>Southern District of Florida | DIVISION<br>Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Jose E. Martinez<br>Southern District of Florida | |

*JUDGE SWAIN*

| SD/FL PACTS No.  89953 | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>05/18/2007 | TO<br>05/17/2009 |
|---|---|---|---|

| OFFENSE<br><br>Evading reporting requirements, 18 USC § 5334 |
|---|

*USDC SDNY DOCUMENT ELECTRONICALLY FILED NOV 1 4 2007*

**JUDGE SWAIN**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>New York Southern</u>   upon the court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____          _____
Date                                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  <u>SOUTHERN</u> DISTRICT OF <u>NEW YORK</u>

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.   **GABRIEL W. GORENSTEIN**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**

NOV 1 3 2007

_____          _____
Effective Date                                       United States District Judge

**United States Magistrate Judge**
**Southern District of New York**