P 50017- T Contreras

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | JIM MOLINELLI<br>Miscellaneous Clerk | OFFENSE: Evading Reporting Requirements (31:USC 5324(a)(1). |
| | | ORIGINAL SENTENCE: Two (2) years Probation |
| FROM: | TERESITA CONTRERAS<br>U.S. Probation Officer | SPEC. CONDITIONS: Financial Disclosure, Self-employment Restriction, $100. Special Assessment. |
| | | AUSA: To be Assigned |
| RE: | PICHARDO, Belgicia<br>Docket # 03-20573-CR-Martinez(s) | |

DATE OF SENTENCE:   May 18, 2007

DATE:   October 29, 2007

**07 CRIM 1032**

ATTACHMENTS:   PSI ___   JUDGMENT X   PREVIOUS REPORTS ___
VIOLATION  PETITION

REQUEST FOR:   WARRANT ___   SUMMON ___   COURT DIRECTION  X

### TRANSFER OF JURISDICTION

Recently, this department requested transfer of jurisdiction for the above-named individual who was sentenced in the Southern District of Florida, by the Honorable Jose E. Martinez, U.S. District Judge. Ms. Pichardo was sentenced on May 18, 2007 to two (2) years Probation, following a guilty plea to Evading Reporting Requirements (31:USC 5324(a)(1). In addition, the Court ordered a financial disclosure requirement, self-employment restrictions and a $100.00 special assessment.

Based on Ms. Pichardo's residence in the confines of this district, and her intention to remain in the New York City area, we are requesting a transfer of jurisdiction.

Enclosed please find Probation Form 22 (Transfer of Jurisdiction), which has already been signed by U.S. District Judge Jose E. Martinez, authorizing transfer of jurisdiction. We are requesting assignment of a U.S. District Judge in the Southern District of New York.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
NOV 14 2007

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Teresita Contreras
U.S. Probation Officer
212-805-5176

Approved By:   *Jack Malkin per TX 10/29/07*
Jack Malkin                                   Date:
SUSPO